MasTec

JOSHUA STEVEN LIPTOCK
150 CASTLETON DR
READING, PA 19607-3213

October 27, 2023

**Your Experian Activation Code:** 8X6SHC46Q

Dear Joshua Steven Liptock:

We are writing to inform you that some of your personal information was recently impacted in a security incident that occurred at Delta Dental Plans Association ("Delta Dental"), a third-party administrative services provider for the MasTec, Inc. ("MasTec") Care Opt Plus Group Benefits Plan For Hourly & Salaried Employees (the "Plan"). Please read this notice carefully as it provides information on what happened, what we are doing in response, and the steps you can take to protect your information should you feel it is appropriate to do so. Depending on your Delta Dental plan, you may also receive a separate notice from Delta Dental about this incident.

**What happened?**

We recently learned that a vendor to the Plan, Delta Dental, experienced a security incident involving the MOVEit file transfer application used by Delta Dental in its provision of administrative services for the Plan. Upon learning that some of our Plan members' information may have been compromised, we promptly launched an investigation to determine the potential impact. Delta Dental indicated that certain data stored in Delta Dental's MOVEit application was downloaded by an unauthorized actor between May 27 and May 30, 2023. When Delta Dental became aware of this incident, Delta Dental promptly took the affected application offline and updated systems to secure vulnerabilities and prevent further access. Outside advisors and cybersecurity experts were retained to assist in the evaluation of the situation. On July 21, 2023, we learned that certain Plan member data may have been impacted in Delta Dental's incident. On August 15, 2023, we completed our investigation and confirmed that some of your personal information was impacted.

**Types of information involved**

Your personal information that was downloaded by the unauthorized third party may include: name, Social Security number, date of birth, gender, member contact information, member ID, eligibility dates, and provider information.

**How MasTec responded**

Upon notification of the incident by Delta Dental, the Plan promptly initiated an investigation to assess the extent of the incident and to take appropriate corrective actions. The Plan has further been in contact with Delta Dental to confirm that Delta Dental has implemented corrective actions to help protect your information from further security incidents.

PGUS/VDSTPDN100/ABT49642577/10633/